# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LLOYD MARTLEY** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) Case No. 2:19-cv-02138-DDC-GEB |
| | ) |
| **CITY OF BASEHOR, KANSAS,** | ) |
| **DAVID BREUER,** | ) |
| | ) |
|       **Defendants.** | ) |

### EX. A – COUNSEL'S CERTIFICATION OF EFFORTS TO RESOLVE DISCOVERY DISPUTE

Undersigned Plaintiff's counsel, Patrick G. Reavey, declares and states as follows:

    1.    Plaintiff's counsel and defense counsel have conferred on the matters for the Court to consider in the accompanying Motion to Compel which resulted in Defendants providing a supplement that resolved some but not all discovery issues.

    2.    These conferral efforts involved the exchanges of Golden Rule Letters, emails and responses thereto, as well as phone calls to discuss the content of those letters.

    3.    Undersigned counsel has conferred with defense counsel and the impasse on matters is apparent as conferral efforts have not resolved all disputes making it clear that a motion to compel responses is appropriate.

On this 14th day of December, 2020, I declare under penalty of perjury that the foregoing is true and correct.

    /s/ Patrick G. Reavey   .
        Patrick G. Reavey, Esq.