# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| LLOYD MARTLEY, | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| v. | ) Case № 2:19-CV-02138-DDC-GEB |
| CITY OF BASEHOR, KANSAS, | ) ) ) |
| Defendant. | ) |

**MARTLEY PRIVILEGE LOG – EMAIL WITH ATTORNEYS**

| Date | From | To | Bates Numbers | Other Recipients | Subject | Basis |
| --- | --- | --- | --- | --- | --- | --- |
| 5/16/19 | Leslee Rivarola/ Terelle Mock | Terelle Mock/ Leslee Rivarola | LR190-191 and 195-196 | Shannon Marcano | Communication between Basehor City Administrator and outside legal counsel seeking advice from counsel as to City audit related to Plaintiff's miss-reporting of income to KP&F and counsel issuing advice on handling the same. | Attorney-Client Privilege Communication regarding ongoing litigation and defense of the same. |
| 5/24/19 | Terelle Mock | Leslee Rivarola | LR326 | Shannon Marcano | Communication from outside legal counsel to City of Basehor City Administrator and City Attorney regarding litigation issues and message left for KPERS attorney. | Attorney-Client Privilege Communication regarding ongoing litigation and defense of the same. |

3581534

| 5/3/19 | Terelle Mock | Leslee Rivarola | LR343-344 | Shannon Marcano | Communication from outside legal counsel to City of Basehor City Administrator and City Attorney regarding litigation issues and communications with KPERS counsel regarding Plaintiff's miss-reporting of salary. | Attorney- Client Privilege Communication regarding ongoing litigation and defense of the same. |
|---|---|---|---|---|---|---|
| 5/22/19 & 5/28/19 | Shannon Marcano/ Terelle Mock | Terelle Mock | L510 | | Communication with outside legal counsel regarding communication with KPERS. | Attorney- Client Privilege Communication regarding ongoing litigation and defense of the same. |
| | | | | | | |