## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LLOYD MARTLEY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) **Case No. 2:19-cv-02138-DDC-GEB** |
| | ) |
| **CITY OF BASEHOR, KANSAS,** | ) |
| **DAVID BREUER,** | ) |
| **LESLEE RIVAROLA** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S AMENDED RULE 30(b)(6)
### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal

Rules of Civil Procedure, Plaintiff will take the deposition of Defendant City of

Basehor, Kansas (hereafter "the City) by a person or persons designated by the City

before a court reporter authorized by law to administer oaths.  The deposition will

begin at 9:00 a.m. on March 23, 2021 at the offices of HINKLE LAW FIRM LLC

6800 College Boulevard, Suite 600, Overland Park, Kansas 66211, or such other place

as agreed to by the parties, and continue from day to day until completed.

The City shall designate one or more officers, directors, managing agents, or

other persons to testify on its behalf, and shall specify, for each person designated,

the matters on which the person will testify. The person(s) so designated shall testify

on matters known or reasonably available to the City on the following topics:

A.      Specific identification (by serial number and/or other unique identification
        numbers or characteristics specific to each device) of all personal electronic
        devices (e.g. iPads, iPhones, cellular phones, desktops, laptops) issued or

provided by the City to its governing body members, the City Clerk, the City Attorney, the City Administrator, and/or the City Treasurer and were in use during the time period of January 1, 2019 through June 5, 2020.

B.    Specific identification of any servers or other electronic data storage devices (by serial number and/or other unique identification numbers or characteristics specific to each device) provided or maintained by the City and were available for use  --  during the time period of January 1, 2019 through June 5, 2020  --  by governing body members, the City Clerk, the City Attorney, the City Administrator, and/or the City Treasurer.

C.    Details of the searches conducted  --  on the devices identified in response to the above Topics A and B  --  to locate documents responsive to Plaintiff's First, Second, and Third document requests, when were the searches conducted, by whom, how were they conducted, what search terms were used, and identification of any documents responsive to the requests but were withheld from being produced to Plaintiff, and the reason for doing so.

D.    The ESI Disclosures served by the City on Plaintiff and which are attached hereto as **Exhibit 1**.

E.    Communications and electronic data sources referenced in the documents exchanged between the City (and/or its attorneys or representatives) and NetStandard and which have been produced in this case as LM0759-LM0873.

F.    Information about the desktop computer, and any data that was stored on it, that Basehor Police Chief Robert Pierce (during Patzwald's February 25, 2020 interview of him about the alleged mis-reporting of Plaintiff's income) indicated is gone, no longer exists.

G.    With regard to the documents attached hereto as **Exhibit** 2 and for the time period of January 1, 2019 through June 5, 2020, information about the details of City employees looking for and printing them, and identification of each person (including any lawyers) any of the documents were shown or distributed to (and when), and whether and when any of the documents were provided to KPERS during its investigation of alleged mis-reporting of Plaintiff's City income (and, if not, specific reasons for not doing so), and whether and when any of the documents were provided to or shared with Leavenworth County Sheriff's Office *before* the Sheriff's Office agreed to conduct a criminal investigation of Plaintiff (and, if not, specific reasons for not doing so).

H.    For the time period of January 1, 2019 through June 5, 2020, the identity of all information and documents provided to the City governing body members on

the subject of the alleged mis-reporting of Plaintiff's City income to KPERS, including specifically when, how, and by whom such information and documents were provided and identify any directives, orders, or recommendations made by governing body members based on the information and/or documents they were provided.

I.    For the past five years, the procedure or method of how the City has handled investigations of errors or anomalies with respect to employee pay or benefit issues, and any instances of the City initiating and/or conducting an investigation without contacting the employee whose pay or benefits was the subject of the error or anomaly.

J.    For the time period around and/or after Defendants' alleged discovery of an error in how Plaintiff's income was reported to KPERS, all of the reasons and discussions for why Defendants did not contact Plaintiff or his legal counsel about the issue.

K.    The specific documents or source that the City claims first alerted it (or any of its employees or representatives) to the alleged mis-reporting of Plaintiff's income, and details (e.g. dates, people involved, communications) about the immediate steps taken thereafter to address the alleged mis-reporting.

Respectfully submitted,

**REAVEY LAW LLC**

By:   /s/ Patrick G. Reavey           .
        Patrick G. Reavey KS# 17291
        Kevin C. Koc KS# 24953
        Livestock Exchange Building
        1600 Genessee Suite 303
        Kansas City, MO 64102
        Ph: 816.474.6300
        Fax: 816.474.6302
        Email: preavey@reaveylaw.com
        Email: kkoc@reaveylaw.com
        Website: www.reaveylaw.com

**<u>Certificate of Service</u>**

I hereby certify that on this 17th day of March 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

HINKLE LAW FIRM LLC
6800 College Boulevard, Suite 600
Overland Park, Kansas 66211
913-345-9205/ FAX: 913-345-4832
Michelle R. Stewart, mstewart@hinklaw.com
ATTORNEYS FOR DEFENDANTS

  /s/  Patrick G. Reavey         .