# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LLOYD MARTLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case № 2:19-CV-02138-DDC-GEB |
| CITY OF BASEHOR, KANSAS, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S ESI DISCLOSURES

COMES NOW, City of Basehor, Kansas, by and through his undersigned counsel of record and pursuant to the Court's Scheduling Order, makes the following disclosures regarding devices and other potential sources of Electronically Stored Information (ESI) that may contain information, communications, or other data that is reasonably calculated to lead to the discovery of admissible evidence for purposes of this matter.

A. **Server** – The City of Basehor maintains two servers containing electronic documents, one for the police department and one for City Hall. Mirror images of both servers were made by the City's IT provider, NetStandard, Inc. upon receipt of correspondence from Plaintiff's counsel regarding potential suit, dated April 16, 2019. The mirror images contain information on both servers as of the date of the litigation hold letter. The mirror images are in the possession of the City of Basehor. The City has no way of knowing if any documents were deleted prior to the receipt of the litigation hold letter.

B. **Email Accounts** – All City personnel maintain email accounts and all are backed up regularly by NetStandard. The mirror image contains all email communications for all employees on the date of Plaintiff's counsel's correspondence. Specifically, Plaintiff's emails are contained in the mirror image created by NetStandard, Inc. The mirror images are in the possession of the City of Basehor. The City has no knowledge of any emails that Plaintiff may have deleted prior to his resignation that would not be contained on the mirror image. The mirror image was made as the servers contain information as of the date of the litigation hold letter. City employees have been specifically advised not to delete any emails as of the date of the litigation hold letter. The City has no way of knowing if any emails were deleted prior to receipt of the litigation hold letter.

C. **Cellular Phones** – The City provides cellular phones to City employees. As of the date of plaintiff's demand letter (April 16, 2019), city employees have been specifically advised not to delete any text messages. The City has no way of knowing if any text messages were deleted prior to the receipt of the litigation hold letter. Plaintiff retained his cellular phone after retiring from the City of Basehor.

>Respectfully submitted,
>
>HINKLE LAW FIRM LLC
>6800 College Boulevard, Suite 600
>Overland Park, Kansas 66211
>913-345-9205/ FAX: 913-345-4832
>
>
>By: /S/ *Michelle R. Stewart*
>  Michelle R. Stewart, mstewart@hinklaw.com  #19260
>  Jennifer R. Johnson, jjohnson@hinklaw.com  #22096
>
>ATTORNEYS FOR DEFENDANT

3474839

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LLOYD MARTLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case № 2:19-CV-02138-DDC-GEB |
| | ) |
| CITY OF BASEHOR, KANSAS, | ) |
| and DAVID BREUER, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S AMENDED ESI DISCLOSURES

COMES NOW, City of Basehor, Kansas, by and through its undersigned counsel of record and pursuant to the Court's Scheduling Order, makes the following disclosures regarding devices and other potential sources of Electronically Stored Information (ESI) that may contain information, communications, or other data that is reasonably calculated to lead to the discovery of admissible evidence for purposes of this matter.

- A. **Server** – The City of Basehor maintains two servers containing electronic documents, one for the police department and one for City Hall. Mirror images of both servers were made by the City's IT provider, NetStandard, Inc. upon receipt of correspondence from Plaintiff's counsel regarding potential suit, dated April 16, 2019. The mirror images are in the possession of the City of Basehor.

  <u>Supplement:</u>
  **When the mirror image of the servers created by NetStandard, Inc. was reviewed, the City learned that it was not in fact a mirror image of historical information or email communication. City servers had been set to permanently delete information every 30 days. In addition, NetStandard, Inc. informed the City that there is no mirror image of employees email.**

  **Despite the request to NetStandard (communication with NetStandard, Inc. regarding the litigation hold and their response are attached hereto as CITY003833 to CITY003836) for the mirror image and all emails, no explanation was given to the City that this could not be accomplished as requests. Email searches for responsive documents have been conducted on individual employee workstations.**

3469941

Page 1 of 3

B. **Email Accounts** – All City personnel maintain email accounts and all are backed up regularly by NetStandard. The mirror image contains all email communications for all employees on the date of Plaintiff's counsel's correspondence. Specifically, Plaintiff's emails are contained in the mirror image created by NetStandard, Inc. The mirror images are in the possession of the City of Basehor.

**Supplement:** **When the mirror image of the servers created by NetStandard, Inc. was reviewed, the City learned that it was not in fact a mirror image of historical information or email communication. City servers had been set to permanently delete information every 30 days. In addition, NetStandard, Inc. informed the City that there is no mirror image of employees email.**

**Despite the request to NetStandard (communication with NetStandard, Inc. regarding the litigation hold and their response are attached hereto as CITY003833 to CITY003836) the mirror image and all emails, no explanation was given to the City that this could not be accomplished as requests. Email searches for responsive documents have been conducted on individual employee workstations.**

C. **Cellular Phones** – The City provides cellular phones to City employees. Following the filing of Plaintiff's lawsuit, on April 16, 2019, city employees have been specifically advised not to delete any text messages. Plaintiff retained his cellular phone after retiring from the City of Basehor.

          Respectfully submitted,

          HINKLE LAW FIRM LLC
          8711 Penrose Lane, Suite 400
          Lenexa, Kansas 66219-8197
          913-345-9205/ FAX: 913-345-4832

          By: */S/ Michelle R. Stewart*
              Michelle R. Stewart, mstewart@hinklaw.com  #19260
              Suzanne R. Bruss, sbruss@hinklaw.com  #22959

          ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6 day of November, 2020, the foregoing _____ was filed electronically with the Clerk of the US District Court for the District of Kansas; and a service copy was served electronically on the following:

Patrick G. Reavey, #17291 (preavey@reaveylaw.com)
Kevin Koc, #24953 (kkoc@reaveylaw.com)
REAVEY LAW, LLC
1600 Genessee, Suite 203
Livestock Exchange Building
Kansas City, Missouri 64102
816-474-6300 / Fax: 816-474-6302
*Attorneys for Plaintiff*

                              */S/ Michelle R. Stewart*
                              ATTORNEYS FOR DEFENDANTS