# EXHIBIT 2



**From:** Kristine Olson
**Sent:** Friday, May 3, 2019 1:25 PM
**To:** Leslee Rivarola <lrivarola@cityofbasehor.org>
**Subject:** FW: Budget

Found this also.   2014 would be the 1st year that Ben was involved in the budget process.

**Kristi Olson, CMC**
Treasurer
City of Basehor

**From:** Lloyd Martley Jr <chief@basehorpolice.org>
**Sent:** Wednesday, March 19, 2014 3:49 PM
**To:** Benjamin O. Hart <Benjamin.Hart@aghlc.com>; Kristine Olson <kolson@cityofbasehor.org>
**Subject:** RE: Budget

I am okay with leaving it the way it is on the spreadsheet but I still want to leave the 50K on the admin expense worksheet if that is okay.  Mainly because that portion of my salary comes out of admin and not the police.

**From:** Benjamin O. Hart [mailto:Benjamin.Hart@aghlc.com]
**Sent:** Wednesday, March 19, 2014 3:46 PM
**To:** Lloyd Martley Jr; Kristine Olson

CITY003716

**Subject:** RE: Budget

The new page shows $35,599 as the full time salary for the administrator. This consists of a stipend of $8,037 and interim salary of $27,562. I can put an additional $50,000 if you'd like. I'm just not certain what would be behind that addition.

*Ben*

**From:** Lloyd Martley Jr [mailto:chief@basehorpolice.org]
**Sent:** Wednesday, March 19, 2014 3:43 PM
**To:** Benjamin O. Hart; Kristine Olson
**Subject:** RE: Budget

Even though I am the city admin and on the worksheet we show no salary, we budgeted 50,000. Should we show that on the worksheet?

**From:** Benjamin O. Hart [mailto:Benjamin.Hart@aghlc.com]
**Sent:** Wednesday, March 19, 2014 3:38 PM
**To:** Lloyd Martley Jr; Kristine Olson
**Subject:** RE: Budget

Updated all previous comments, including the calculation on Zell.

*Ben*

**From:** Lloyd Martley Jr [mailto:chief@basehorpolice.org]
**Sent:** Wednesday, March 19, 2014 2:22 PM
**To:** Kristine Olson
**Cc:** Benjamin O. Hart
**Subject:** RE: Budget

Also noticed Connie's and Slims (Wilson).  Both are fixed.

**From:** Kristine Olson
**Sent:** Wednesday, March 19, 2014 2:18 PM
**To:** Lloyd Martley Jr
**Subject:** RE: Budget

ok i caught one more.

Traci's salary isn't 2080 hrs for 2015.  I came up with $40290.00

**From:** Lloyd Martley Jr
**Sent:** Wednesday, March 19, 2014 2:17 PM
**To:** Kristine Olson
**Subject:** RE: Budget

Updated once again.  Change based on 1040 hours.  Thanks

**From:** Kristine Olson
**Sent:** Wednesday, March 19, 2014 2:14 PM

**To:** Lloyd Martley Jr; Benjamin O. Hart
**Subject:** RE: Budget

On Stevens (PT) salary, should it be $12074?  Then I split that in 1/2 between parks and streets by journal entry.

**From:** Lloyd Martley Jr
**Sent:** Wednesday, March 19, 2014 2:09 PM
**To:** Benjamin O. Hart
**Cc:** Kristine Olson
**Subject:** RE: Budget

Ben,

Attached is an updated salary and benefit spreadsheet. I tried to change the one you sent me but I could make the changes. Some of the numbers on yours seem to be off, example Connie Leggett is going from 17.03 to 27.71 and her salary is 7500. See if you can use the updated version.  The Sgt. position I am wanting to add is only an increase in salary for the person getting that position because with the creation of the new position I will eliminate a patrol position. I reflected the increase in my department budget. I can change that if needed.

**From:** Benjamin O. Hart [mailto:Benjamin.Hart@aghlc.com]
**Sent:** Wednesday, March 19, 2014 1:51 PM
**To:** Lloyd Martley Jr
**Subject:** FW: Budget

Here's the file that I sent Kristi to look at.

*Ben*

**From:** Benjamin O. Hart
**Sent:** Wednesday, March 19, 2014 1:50 PM
**To:** Kristine Olson
**Subject:** Budget

I believe I'm done updating the budget based on the salary and benefit sheet that Lloyd sent me.

I reformatted the salary and benefit sheet to make it clearer where everything is going. I've also tied these numbers through to the department work sheets and created a calculator that ties out the transfers from the enterprise funds to the employee benefit fund as well as the general fund to the employee benefit fund.

I need you to double check the first three columns in the salary and benefit spreadsheet (last tab in the attachment) to make sure the splits are correct.

Benjamin O. Hart
Vice President, Assurance
Allen, Gibbs & Houlik, L.C.
301 N. Main, Suite 1700
Wichita, Kansas 67202-4868
Phone: (316) 267-7231

Fax: (316) 267-0339
Benjamin.Hart@aghlc.com
http://www.aghlc.com

*Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to inform you that any discussion of tax matters contained herein (including any attachments unless expressly stated otherwise) is not intended or written to be tax advice, and cannot be relied upon as such, nor can it be used for the purpose of: (i) avoiding tax penalties that may be imposed by the IRS or states, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.  If you seek definitive tax advice on a matter, please request a written tax memorandum from your AGH tax advisor.*

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing AGH client engagement letter. Our advice is based on the facts as stated and on authorities that are subject to change, retroactively or prospectively.



**From:** Lloyd Martley Jr <chief@basehorpolice.org>
**Sent:** Wednesday, March 19, 2014 3:32 PM
**To:** Kristine Olson <kolson@cityofbasehor.org>
**Subject:** RE: this year 2014

No, I was told by KPF all my salary has to be reported through them.

**From:** Kristine Olson
**Sent:** Wednesday, March 19, 2014 3:27 PM
**To:** Lloyd Martley Jr
**Subject:** this year 2014

after all this deferred comp talk--I have a question on your pay.

It looks like we are doing KP&F on your full pay.  Shouldn't we be doing KP&F on the $2756.80 and the City Admin pay should be Mass Mutual deffered comp (11%)?

Police (kpf-.1992)       $549.15 per pay period
City Admin (mass m-.11)  $143.42 per pay period

*Kristi Olson*

Treasurer
City of Basehor
2620 N 155th St
Basehor, KS  66007
PH 913-724-1370  FAX  913-724-3388
kolson@cityofbasehor.org

