

**Job Posting**

**City Administrator – City of Basehor, KS**

**The Opportunity**
The City Administrator is responsible for the effective and efficient administration of the City, assuming full management responsibility, leadership, accountability for the preparation and management of the annual budget of approximately $7 million and is responsible for all City operations including direct or indirect supervision of all 30+ employees. This position is appointed by the City Council.

**About the City of Basehor, KS**
Basehor, KS, with a population of approximately 5,700, is a full-service City helping their diverse community achieve and maintain health, prosperity, safety, stability, and a desirable quality of life. Basehor's population increased 106% making it the fastest-growing city in Leavenworth County within the last decade.

Basehor is located in Northeast Kansas just West of the Greater Kansas City Metro. The city's location allows for convenient access to the amenities of the city while retaining its rural charm, including many local restaurants and recreational activities.

**Qualifications**
At least five years of progressively responsible experience in municipal government, including three years of administrative and leadership responsibility. Strong managerial experience, economic development experience and the ability to work closely with the City Council is essential. An exceptional ability to develop effective partnerships is required. A Bachelor's degree from an accredited college or university or any equivalent combination of education and experience.

**To Be Considered**
If you love innovation, getting things done, family, and community – we want you in Basehor. The City is an equal opportunity employer and is dedicated to a policy of non-discrimination. All qualified applicants are encouraged to apply as soon as possible and no later than November 5, 2018. Cover letter and resume expressing your interest in the City of Basehor and how you would succeed in the role should be addressed to Katherine Renn, City Clerk/Interim City Administrator and emailed to: krenn@cityofbasehor.org

**Organization:** City of Basehor, KS

2620 N. 155th St.

Basehor, KS 66007

**Compensation:** $100,000 or commensurate with experience/qualifications

**Deadline:** November 5, 2018

CONFIDENTIAL

EXHIBIT 16
LM0072

**Education:** Bachelor's Degree – Public Administration or related

**Experience:** 5 years in city/county government; 3 years in a management role

CONFIDENTIAL

**EXHIBIT 16**
**LM0073**