

# Minutes
## Basehor City Council Meeting
### Basehor City Hall, November 21, 2018

1. **Roll Call** by Mayor David K. Breuer and Pledge of Allegiance

Mayor David K. Breuer called the meeting to order at 7:00 p.m.

Council Members present: David K. Breuer, Travis Miles, Ty Garver, Dick Drennon via phone call presence and Shari Standiferd after swearing in.
Absent: Vernon Fields

Staff Present: City Clerk/Interim City Administrator, Kathy Renn, City Superintendent, Gene Myracle, Planning & Zoning Director, Mark Lee, Treasurer, Kristi Olson, Chief of Police, Bob Pierce and City Attorney, Shannon Marcano

2. **City Council Appointment – Swear in Shari Standiferd**
Councilman Miles moved to approve the Mayor's appointment of Shari Standiferd for Mrs. Jennifer Bizzel's vacant City Council seat and Councilman Garver seconded. The motion passed unanimously 3-0.

City Clerk, Kathy Renn swore in Shari Standiferd to City Council to fill the vacancy of Jennifer Bizzell term.

*(Dick ended phone call once Shari was sworn in and now quorum was present with his vote to swear in Shari.)*

3. **Certificate Recognition**
Mayor Breuer thanked and presented Jenna Trower with her $10 chamber bucks and her certificate for naming the new city pumpkin "Patchy the Pumpkin" at the city park.

4. **Call to Public** - *None at this time*

5. **Consent Agenda** *(Items to be approved by Council in one motion, unless objections are raised)*
   a. City Council Minutes
   b. Treasurer's Report

11-21-2018 Basehor City Council Minutes

EXHIBIT 17
CITY000043

c. Casey's CMB license

Councilman Garver moved to approve the consent agenda and Councilwoman Standiferd seconded. The motion passed unanimously, 3-0.

### 6. Unfinished Business – *None at this time*

**New Business**

### 7. Design Manual & Technical Specifications – Resolution 2018-17
Councilman Miles moved to approve resolution 2018-17 for the design manual and technical specifications and Councilman Garver seconded. The motion passed unanimously, 3-0.

### 8. Mize Houser External Audit – Resolution 2018-18
Councilman Garver moved to approve resolution 2018-18 for the Mize Houser external audit agreement and Councilman Miles seconded. The motion passed unanimously, 3-0.

### 9. Planning Commissioner Appointment – Stacy Tatkenhorst
Councilman Miles moved to approve the Mayor's appointment of new planning commissioner Stacy Tatkenhorst and Councilwoman Standiferd seconded. The motion passed unanimously, 3-0.

### 10. City Administrator/Staff Reports
Ms. Renn made a couple announcements:
- Shannon & I have narrowed it down to five applicants for council to review the final applicants for interviews for the administrator position.
- Reminder that City hall offices will be closed tomorrow 11/22 & Friday, 11/23 for the Thanksgiving holiday

Gene:
- The new playground equipment is set to be set up and delivered the week of November 26th
- Ready to asphalt 158th St. within the next week or so weather pending.

Mark:
- Working on BZA meeting packet coming up on December 3rd regarding a request for variance from the rear yard setback in Tomahawk Valley first phase.

### 11. Council Members Report

*Travis Miles* – Updated the board in regards to SFS Architecture having about 50% of design to the recent team meeting and will be bringing 75% of the construction documents to the team on November 28th.

### 12. Mayor's Report
Mayor updated the board that he and the city attorney, Travis Miles and interim city administrator, Kathy went to the recent school board meeting Monday, November 19th to discuss an early childhood center that will be approximately 20,000 square feet and the school board interest in possibility of purchasing some property north of the library from the city. The Mayor then asked the board's consensus in regards to how they felt about that. The board all expressed support of listening to the school board at a future work session and the plans they have for the early childhood development center.

EXHIBIT 17
CITY000044

### 13. Executive Session –

Councilman Garver motioned to go into executive session at 7:20 pm for five minutes for attorney client privilege Councilman Miles seconded. Motion passed 3-0.

Council returned at 7:25 pm with no action taken.

### 14. Adjournment

Councilwoman Standiferd moved to adjourn regular meeting at 7:25 p.m. and Councilman Garver seconded. Motion passed unanimously, 3-0.

David K. Breuer, Mayor

Attest:

Katherine M. Renn, City Clerk